UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KEVIN YAN LUIS, *on behalf of himself and all others similarly situated*,

                Plaintiff,

– against –

DT BRANDS & CO,

                Defendant.

**ORDER**

23-cv-08637 (ER)

Ramos, D.J.:

    Kevan Yan Luis filed this action on October 2, 2023.  Doc. 1.  A summons was issued for DT Brands & Co, on October 3, 2023.  Doc. 4.  Counsel for DT Brands appeared on November 3, 2023.  Doc. 5.  There has been no subsequent activity on the docket.

    Yan Luis is directed to submit a status letter by May 30, 2024.  Failure to do so may result in dismissal for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).  Additionally, Yan Luis is reminded that under Rule 4(m), "[i]f a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time."

It is SO ORDERED.

Dated:   May 23, 2024
           New York, New York

                                                                                        EDGARDO RAMOS, U.S.D.J.